**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00347-CR

### OJAY JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-47079-N**

## ORDER

The Court **REINSTATES** the appeal.

On June 25, 2015, we granted the motion of Jeffrey Grass to withdraw as counsel and ordered the trial court to make findings regarding appellate counsel. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; 92) appellant desires to be represented by counsel; (3) appellant is indigent; and (4) Lawrence Mitchell has been appointed to represent appellant on appeal.

We **DIRECT** the Clerk to list Lawrence Mitchell as appellant's appointed attorney of record.

Appellant's brief is due within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Lawrence Mitchell and to the Dallas County District Attorney's Office.

/s/     ADA BROWN
JUSTICE